# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

September 2, 2025

9/2/25

OK – FPTC rescheduled to Sept. 10, 2025 at 11:30 AM

*/s/ Colleen McMahon*

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>United States v. Odean Thompson</u>
      25 Cr. 124 (CM)

Dear Judge McMahon,

    I write to respectfully request that the Court reschedule the final pre-trial conference in the above-captioned case to the afternoon of September 9, 2025, or the morning of September 10, 2025. The conference is currently scheduled for September 11, 2025, at 12:00p.m. Unfortunately, I have an out-of-district commitment on September 11, 2025, that I have been unable to move despite my best efforts. I have conferred with my co-counsel, Mark Gombiner, and counsel for the Government, by AUSA Lauren Phillips, who have indicated that they can accommodate this proposed change in schedule. I apologize to the Court for any inconvenience this application causes and am grateful for your consideration.

Respectfully Submitted,

*/s/ Andrew John Dalack*
Andrew John Dalack
Assistant Federal Defender
Tel: (212) 417-8768

cc:   All Counsel

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-2-25
```