UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————x

UNITED STATES OF AMERICA,

    -against-                                                      25 Cr. 124 (CM)

ODEAN THOMPSON,

        Defendant.

—————————————————————————x

### ORDER DIRECTING PROBATION DEPARTMENT TO DISCLOSE CERTAIN INFORMATION TO THE GOVERNMENT/DEFENSE/AND COURT

McMahon, J.:

It has come to the Court's attention that the Probation Department has in its possession sealed information regarding the disposition of Defendant's December 9, 2020, conviction in New York State court. The Court has determined that the information is relevant to the Court's Guidelines determination.

Accordingly, the Probation Department is directed to provide the Government prosecution team, counsel for the defendant, and the Court with information in its possession regarding the disposition of Defendant's December 9, 2020 conviction.

Dated: March 12, 2026

_____
Colleen McMahon
U.S.D.J.

BY ECF TO ALL COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-26